IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr224-MHT** |
| | ) | **(WO)** |
| **MICHAEL E. PETEN, JR.** | ) | |

## OPINION AND ORDER

Defendant Michael E. Peten, Jr., moved to suppress evidence found during a protective sweep of his residence incident to the execution of a warrant for his arrest. This case is before the court on the recommendation of the United States Magistrate Judge that Peten's motion to suppress be denied. Also before the court are Peten's objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The objections (doc. no. 45) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 36) is adopted.

(3) The motion to suppress (doc. no. 28) is denied.

DONE, this the 13th day of March, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**